UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| DACIA NAKEMA WARD, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 2:16-cv-00274-WTL-MPB |
| JACK TANNER, VIGO COUNTY, | ) |
| Defendants. | ) |

FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

The Court now enters FINAL JUDGMENT.

For the reasons detailed in the accompanying Order, judgment is entered in favor of the defendants. The plaintiff shall take nothing by his complaint and this action is terminated.

Date: 12/7/17

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

DACIA NAKEMA WARD
923320
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

Electronically registered counsel